**Lauren F. Blaesing, OSB #113305**
LaurenBlaesing@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR 97201
Tel: (503) 295-3085
Fax: (503) 323-9105

    Attorneys for Interpleader Plaintiff
    LifeMap Assurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **LIFEMAP ASSURANCE COMPANY**, | Case No. 3:21-cv-00276-SB |
| Interpleader Plaintiff, | **ORDER GRANTING INTERPLEADER PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS** |
| v. | |
| **KRISTIN REDD and LANA SCHWARTZ**, | LR 67-3 and 28 U.S.C. § 2042 |
| Defendants. | |

Plaintiff LifeMap Assurance Company's ("LifeMap") unopposed motion for attorneys' fees and costs is hereby granted, and it is ordered that:

1. The amount on deposit at the time of the motion was $20,140.71.

2. LifeMap is awarded its reasonable attorneys' fees, disbursements, and costs in the amount of $5,000.00 to be paid from the funds deposited in interpleader in this action.

3. The payment of $5,000.00 shall be in the form of a check made payable to

"Regence Life and Health" and mailed to: Yumi O'Neil, Cambia Health Solutions, 100 SW Market Street, MS E12B, Portland, Oregon 97201.

Dated this 28th day of May, 2021.

*Stacie F. Beckerman*

The Hon. Stacie F. Beckerman
U.S. Magistrate Judge

**Submitted by:**

Lauren F. Blaesing, OSB #113305
LaurenBlaesing@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
Tel: (503) 295-3085

Attorneys for Interpleader Plaintiff
LifeMap Assurance Company

1148959